**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-50556**
_____

**JAMES E. LEBLANC,**

**Plaintiff-Appellant,**

**versus**

**TRANSCONTINENTAL RIGGING**
**AND LOADING CORPORATION**
**AND JOSEPH BACH,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**( 95-CV-58 )**

_____

November 29, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Plaintiff LeBlanc appeals the summary judgment in his personal injury action. The district court held that as a matter of law, LeBlanc could not prove defendants were the proximate cause of his injuries. Pursuant to our _de novo_ review, we **AFFIRM** for essentially the reasons stated by the district court in its comprehensive opinion.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.